IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KEVIN CLOWER, Individually and
as next best friend for
JADON CLOWER

Plaintiffs

v.                                           CIVIL NO. 1:12-cv-00472 JB-WDS

GEICO INSURANCE,
d/b/a GEICO GENERAL INSURANCE COMPANY,

Defendant.

## ORDER GRANTING MOTION TO VACATE
## SETTLEMENT CONFERENCE

This matter is before the Court on the Defendant's Unopposed Motion to Vacate Mediation. (Doc. No. 71) The motion is well taken and is granted. The settlement conference set for January 9, 2013 is vacated and will not be reset by the Court other than at the request of the parties.

IT IS SO ORDERED.

_____
W. DANIEL SCHNEIDER
United States Magistrate Judge